### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JUSTIN L. JONES,
ADC #150888                                                                                                    PLAINTIFF

v.                                               1:14CV00141-JM-JJV

ROUSE, Grimes Unit; *et al.*,                                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition (Docket No. 7) should be and are hereby approved as regarding the dismissal of Defendant McIntyre. As to the dismissal of Plaintiff's disciplinary actions, this matter is referred to the consideration of Judge Volpe for additional consideration in light of Plaintiff's motion to amend his complaint (Docket No. 9).

IT IS, THEREFORE, ORDERED that:

1. Defendant McIntyre is DISMISSED; and

2. Plaintiff's disciplinary allegations are referred to Judge Volpe for additional consideration.

IT IS SO ORDERED this 18th day of December, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE