IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN L. JONES, ADC # 150888 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 1:14CV00141-JJV |
| ROUSE, Grimes Unit; *et al*. | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE